UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. |
| | : |
| v. | : |
| | : VIOLATIONS: |
| CHUNYAN WANG, | : |
| | : 18 U.S.C. § 112(b)(1) and (2) |
| Defendant. | : (Obstructing a Foreign Official) |
| | : (Counts One and Three) |
| | : |
| | : 18 U.S.C. § 118 |
| | : (Interference with Protective Functions) |
| | : (Counts Two and Four) |

**I N F O R M A T I O N**

The United States Attorney charges that:

**COUNT ONE**

On or about January 30, 2019, within the District of Columbia, defendant **CHUNYAN WANG** willfully attempted to and did intimidate and harass a foreign official and official guest, the Vice Premier of the People's Republic of China, and attempted to and did obstruct that foreign official in the performance of his duties.

(**Offense against Foreign Official or Official Guest**, in violation of Title 18, United States Code, Section 112(b)(1) and (2))

**COUNT TWO**

On or about January 30, 2019, within the District of Columbia, defendant **CHUNYAN WANG** knowingly and willfully obstructed, resisted, and interfered with a federal law enforcement agent engaged in the performance of the protective functions authorized under the Diplomatic Security Act (22 U.S.C. 4802).

(**Interference with Protective Functions**, in violation of Title 18, United States Code, Section 118)

## COUNT THREE

On or about February 22, 2019, within the District of Columbia, defendant **CHUNYAN WANG** willfully attempted to and did intimidate and harass a foreign official and official guest, the Vice Premier of the People's Republic of China, and attempted to and did obstruct that foreign official in the performance of his duties.

**(Offense against Foreign Official or Official Guest**, in violation of Title 18, United States Code, Section 112(b)(1) and (2)).

## COUNT FOUR

On or about February 22, 2019, within the District of Columbia, defendant **CHUNYAN WANG** knowingly and willfully obstructed, resisted, and interfered with a Federal law enforcement agent engaged in the performance of the protective functions authorized under the Diplomatic Security Act (22 U.S.C. 4802).

**(Interference with Protective Functions**, in violation of Title 18, United States Code, Section 118)

Respectfully submitted,

JESSIE K. LIU
United States Attorney
DC Bar No. 472845

By: _____

Luke M. Jones
Assistant United States Attorney
VA Bar # 75053
United States Attorney's Office
555 4th Street NW, 11th Floor
Washington, D.C. 20530
(202) 252-7066
Luke.Jones@usdoj.gov