## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **v.** | : |
| | : |
| **CHUNYAN WANG,** | : |
| | : |
| **Defendant.** | : |

### AFFIDAVIT ESTABLISHING PROBABLE CAUSE

I, David M. Noordeloos, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

I am a Special Agent with the United States Department of State, Diplomatic Security Service (DSS), and am currently assigned to the Office of Protective Intelligence Investigations at DSS Headquarters in Arlington, Virginia.  I have served as a Special Agent since 2002 and was a municipal police officer in Michigan from 1996 to 2002.  I have conducted many investigations regarding violations of the United States Code, which have focused on fraud and threats to United States Government officials, and have previously served in a number of assignments located at U.S. embassies and consulates overseas.

I completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia, as well as DSS agency-specific training throughout my time as a Special Agent.  The latter has afforded me training in such areas as interviewing, executing search and arrest warrants, threat assessment and investigations, investigations involving a nexus to international diplomacy, and training for service as a Regional Security Officer at U.S. diplomatic facilities abroad.

Based on my own experience and in discussions with other Special Agents and investigators, I have learned additional information about criminal threat and harassment investigations, crimes involving U.S. and foreign diplomatic personnel within and outside of the United States, as well as the use of digital devices in committing criminal violations. My training, education, experience, and discussions with other Special Agents have afforded me familiarity with the operations and management of Department of State protective security details (inside and outside of the United States), the context in which security threats arise and the actions necessary to mitigate those threats, the political and legal sensitivities that may be involved in an investigation of a crime involving diplomatic personnel, and the long-term trend analysis that is required in threat investigations. As a Special Agent, I have participated in the execution of federal search and arrest warrants, including those regarding items and/or communications sent via the mail or via electronic devices.

This affidavit contains information developed in the investigation by me or furnished by other law enforcement personnel. This affidavit contains information regarding probable cause that a criminal violation has taken place, but does not contain to the totality of information known to me or other law enforcement personnel regarding the subject or incident.

## FACTS

The information presented below establishes probable cause that Chunyan Yang (YANG), a citizen of China and resident of the Commonwealth of Virginia, with a date of birth of April 23, 1963, committed certain violations of the United States Code. These violations occurred on two separate days—January 30, 2019 and February 22, 2019.

*January 30, 2019 Incident*

On January 30, 2019, a delegation from the Government of the People's Republic of China, including Vice Premier Liu He (hereinafter, "the Protectee"), was present in the District of Columbia on an official visit, during which the Vice Premier met with U.S. Government officials, including the U.S. Trade Representative. During this official visit, DSS Special Agents were providing protection to the Protectee and the delegation, pursuant to the agents' authority under section 103 of the Diplomatic Security Act (18 U.S.C. § 4802). The agents were in plain clothes.

During this official visit, the Protectee and his delegation resided at the Willard Hotel, located at 1401 Pennsylvania Avenue, NW, in the District of Columbia. The Willard Hotel has a pedestrian entrance / exit on Pennsylvania Avenue. At approximately 8:34 a.m., the Protectee, escorted by DSS agents in plain clothes walked out of the Pennsylvania Avenue exit of the Willard Hotel and began walking toward a black Chevrolet Suburban, which was operated by a DSS Special Agent and had a DSS agent posted at the rear right door. and parked near the sidewalk. The Vice Premier was scheduled to travel in the vehicle to a meeting at the Office of the U.S. Trade Representative, which is located a few blocks away, on 17th Street, NW.

As the Protectee made his way toward the vehicle, a group of individuals on the sidewalk, including WANG, rushed toward the Protectee, who was surrounded by Special Agents. One Special Agent moved between WANG and the Protectee, attempting to block WANG, who was reaching toward the Protectee with her hands around the Special Agent and pushing her body against the Special Agent. As the Special Agent attempted to shield WANG from making contact with the Protectee, WANG fell to the ground, shortly before the Protectee was escorted into the vehicle. Based on WANG's actions, multiple DSS agents had to depart

3

their assigned sector responsibilities to intercept WANG and prevent her from reaching the Protectee, which was her apparent intent. These events were captured on video that was published on YouTube. WANG was not arrested at the time of this incident.[1]

Based on this conduct by WANG outside of the Willard Hotel on January 30, 2019, there is probable cause to believe that WANG (1) willfully attempted to and did intimidate and harass a foreign official and official guest, China's Vice-Premier Liu He, and attempted to and did obstruct that foreign official in the performance of his duties, in violation of 18 U.S.C. § 112(b), and (2) knowingly and willfully obstructed, resisted, and interfered with a federal law enforcement agent engaged in the performance of the protective functions authorized under the Diplomatic Security Act (22 U.S.C. § 4802), in violation of 18 U.S.C. § 118.

### February 22, 2019 Incident

On February 22, 2019, the Protectee was again in the District of Columbia on an official visit to meet with U.S. Government officials, including the President of the United States. During this visit, the Protectee and his delegation were again residing at the Willard Hotel. In addition to the pedestrian entrance / exit on Pennsylvania Avenue, NW, and another on F Street, NW, the Willard Hotel has an underground parking garage with a single entrance/exit ramp located on F Street, NW, close to mid-block between 14th and 15th Streets, NW.

---

[1] Later that same day, at approximately 1:01 p.m., WANG was present on 17th Street, NW, near the Office of the U.S. Trade Representative, where the Protectee had been meeting with the U.S. Trade Representative. Following the meeting, the motorcade of the Chinese delegation, including the Vice Premier, travelled up 17th Street, with sirens blaring. Video footage, published on YouTube, shows WANG on 17th Street, NW, having moved past yellow police tape blocking access to the street, as the motorcade passes. WANG was prevented from moving closer to the motorcade by DSS Special Agents and U.S. Secret Service (USSS) Uniformed Division (UD) officers. WANG's actions led to her being taken to the ground and detained by a USSS UD officer. WANG was not arrested at the time of this incident.

During previous Chinese government delegation visits to the United States, including the visit on January 30, 2019, noted above, DSS had observed protests and harassment directed at these delegations, including instances in which persons have attempted to run in front of motorcade vehicles or approach a DSS protectee on foot. Accordingly, on February 22, 2019, DSS arranged to use the Willard Hotel's underground garage for motorcade movements to and from the hotel, because that entrance/exit provided increased security.

At approximately 8:50 a.m. on February 22, 2019, the DSS motorcade containing the Protectee (and other Chinese diplomats who were members of the Protectee's delegation) was exiting the Willard Hotel's underground garage, proceeding up the garage entrance/exit ramp and led by a marked Metropolitan Police Department vehicle. As the police and DSS vehicles exited the garage onto F Street, NW, the vehicles' red and blue police lights and audible sirens were operating.

At the top of the ramp, DSS personnel were present on foot, attired in either business attire with a DSS protection pin on their lapel or in casual clothing while wearing DSS-issued high-visibility identification jackets. These jackets were worn as the outer-most garments and are dark blue in color with light grey reflective wording printed on the jackets. On the left front, this wording includes a DSS Special Agent badge and on the right front there are the words "Diplomatic Security Service". On both the left and right sleeves of the jacket there is the word POLICE. On the back of the jacket, there is the word POLICE with FEDERAL AGENT just below. On the sidewalk on each side of the garage entrance/exit, DSS personnel had placed bicycle rack-style crowd barriers that were marked with a plastic placard containing the words POLICE LINE.

As the DSS motorcade departed the garage, passed the crowd barriers, and turned eastbound on F Street, NW, toward 14th Street, NW, WANG ran from the north sidewalk on F Street, NW—that is, the sidewalk on the opposite side of the street from the Willard Hotel garage entrance / exit—directly toward a moving DSS limousine as it was slowly turning onto F Street, NW, after exiting the garage. WANG waived her arms as she approached the DSS limousine, and came within five feet of the DSS limousine. A DSS Special Agent in the limousine activated the vehicle's air horn due to WANG's approaching the limousine.

A DSS Special Agent attired in a DSS identification jacket had been assigned to cover the northern sector of the DSS limousine's turn, and he saw WANG begin to run toward the DSS limousine. The Special Agent left his position to intercept WANG as she ran toward the limousine and to prevent her from reaching the limousine, which interrupted his assigned role in the protection detail. In order to mitigate the threat presented by WANG, the intercepting DSS Special Agent pushed WANG against a parked van on the north side of F St. NW and kept his body between WANG and the motorcade until the motorcade crossed out of the DSS Special Agent's sector. The DSS Special Agent then directed WANG to depart the area westbound toward 15th Street, NW.

Video of the incident was later published on YouTube, with commentary provided by WANG and two other individuals. Reviewing the video, your affiant realized that he had made contact with WANG on the south side of F St. NW, immediately to the west of the Willard parking garage entrance, approximately fifteen minutes prior to the incident. At that time, WANG was standing next to two other females, both of whom had press/media identification. Your affiant asked WANG for media / press identification as she was standing with the media members. In response, WANG said in broken English that she did not speak English.

Your affiant then called over a nearby member of the Chinese delegation, who had previously assisted your affiant in speaking with another delegation member who only spoke a dialect of the Chinese language. When the delegation member began to speak to WANG, WANG did not respond. Your affiant then informed the delegation member to ask WANG for identification. The Chinese delegation member continued to speak to WANG, and WANG responded. The Chinese delegation member then advised your affiant that WANG said she did not have identification. The two media personnel advised your affiant that WANG was not part of their media teams and was not known to them. Your affiant then told the Chinese delegation member to tell WANG in her language that she needed to leave the area of the garage if she did not have identification, which she did by walking away westbound on F Street, NW toward 15th Street, NW.

Based on this conduct by WANG outside of the Willard Hotel on February 22, 2019, there is probable cause to believe that WANG (1) willfully attempted to and did intimidate and harass a foreign official and official guest, China's Vice-Premier Liu He, and attempted to and did obstruct that foreign official in the performance of his duties, in violation of 18 U.S.C. § 112(b), and (2) knowingly and willfully obstructed, resisted, and interfered with a federal law enforcement agent engaged in the performance of the protective functions authorized under the Diplomatic Security Act (22 U.S.C. § 4802), in violation of 18 U.S.C. § 118.[2]

---

[2] Your affiant notes that records checks conducted on WANG by DSS personnel revealed that, on April 7, 2017, WANG was arrested by the Palm Beach County, Florida Sheriff's Office for Obstruction of Roadway. Based on information provided to your affiant by law enforcement officials in Florida, WANG had entered a public roadway and interfered with the U.S. Secret Service motorcade transporting the First Lady of the United States and the First Lady of China. The charge against WANG related to that incident was later dismissed.

David M. Noordeloos
Special Agent
Diplomatic Security Service

Subscribed and sworn before me this 6th day of March, 2019.

The Honorable Robin M. Meriweather
United States Magistrate Judge

8